**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IVORY YOUNG,** | |
| *Plaintiff,* | C/A Number: 2:24-cv-06325-DCN |
| -vs- | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| **JOHN W. HENDRICKS, JR. and BAR M VENTURES, LLC,** | |
| *Defendants.* | |

In accordance with Fed. R. Civ. P. 55(a), I request that the clerk enter a Clerk's Entry of Default against JOHN W. HENDRICKS, JR. and BAR M VENTURES, LLC for failure to plead or otherwise defend. In support of my request, I state, under the pains and penalty of perjury, as follows:

1.     On November 27, 2024, the summons and complaint were served upon BAR M VENTURES, LLC by personal delivery to Robert D. Moseley Jr. of Moseley Marcinak Law Group LLP at 4324 Wade Hampton Blvd, Suite B, Taylors, South Carolina 29687. *See* ECF # 5-1, Affidavit of Service. Pursuant to 49 CFR 366.2, BAR M VENTURES, LLC designated Moseley Marcinak Law Group LLP as its agent for service of process in South Carolina.

2.     On December 21, 2024, the summons and complaint were served upon JOHN W. HENDRICKS, JR by personal delivery to JOHN W. HENDRICKS, JR at 630 Old Mountain Rd., Thorn Hill, Tennessee 37881. *See* ECF # 6-1, Affidavit of Service.

3.    More than 21 days have passed since process was served, yet both JOHN W. HENDRICKS, JR. and BAR M VENTURES, LLC have failed to plead or otherwise defend this action in accordance with Federal Rule of Civil Procedure 12.

4.    BAR M VENTURES, LLC is a corporation organized and existing under Tennessee law, and as such is not an infant, incompetent person or capable of service in the military.

5.    JOHN W. HENDRICKS, JR. is not an infant, incompetent person, or a military servicemember.  A reasonable investigation was made to determine defendant's military status.

6.    This statement is true and signed under penalty of perjury.

**MORGAN & MORGAN P.A.**

By: /s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esquire
Fed ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
January 20, 2025           Cooper.klaasmeyer@forthepeople.com
North Charleston, SC       **Attorney for Plaintiff**