STATE OF SOUTH CAROLINA        )
                               )        **AFFIDAVIT OF**
COUNTY OF GREENVILLE           )        **ROBERT D. MOSELEY, JR.**


**PERSONALLY APPEARED BEFORE ME,** the undersigned, Robert D. Moseley, Jr., who after being duly sworn, deposes and says:

1.      I am Robert D. Moseley, Jr., I am over the age of eighteen years of age, and I am competent to testify as to the matters contained herein.

2.      I am a lawyer and partner at Moseley Marcinak Law Group, LLP, located at 4324 Wade Hampton Boulevard, Taylors, South Carolina 29687.

3.      I am the South Carolina process agent for Process Agent Service Company, Inc., presumably the "BOC-3" blanket company for Bar M Ventures LLC.

4.      On November 27, 2024, I received the Summons and Complaint in the action entitled *Ivory Young v. John Hendricks, Jr. and Bar M Ventures, LLC* (2:24-cv-06325-DCN).

5.      My office notified Process Agent Service Company, Inc. of this action, and we were instructed to mail the Summons and Complaint via registered mail to Bar M Ventures, LLC.

6.      Pursuant to those instructions, my firm delivered the Summons and Complaint to the United States Postal Service in Taylors, South Carolina, in a large envelope and addressed to "Bar M. Ventures, LLC, 604 McAnally Rd., Tazewell, TN 37881."

7.      It is my understanding that USPS attempted to deliver the documents to Bar M Ventures, but delivery must have been unsuccessful.

8.      On or around January 7, 2025, we received a notice that the documents were being returned.

9.      On or around February 7, 2025, my office received the returned envelope with the process documents with a sticker noting "Return to Sender, Insufficient Address, Unable to Forward, Return to Sender."

10.     Based on the foregoing, it is my understanding that Bar M Ventures never received the documents from my office.


**FURTHER AFFIANT SAYETH NOT.**



Robert D. Moseley, Jr.

**SWORN TO** and subscribed before me
this ___27ᵗʰ___ day of ___February___ ,

Notary Public for ___South Carolina___
My Commission Expires: ___7/19/2033___

SEAL: