# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IVORY YOUNG, | ) | |
| | ) | |
| *Plaintiff,* | ) | C/A No.: 2:24-cv-06325-DCN |
| | ) | |
| -*vs*- | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| JOHN HENDRICKS JR. AND BAR M. VENTURES, LLC, | ) ) ) | |
| | ) | |
| *Defendants.* | ) | |

This matter has now been settled by the parties. The parties consent to the entry of a Rubin Order so that final documents can be completed and settlement proceeds exchanged. *See* Exhibit 1 – Email Consenting to Entry of Rubin Order.

                                            **MORGAN & MORGAN, P.A.**

                                            s/ Cooper Klaasmeyer
                                            James G. Biggart II, Esq.
                                            Fed. I.D. No. 14195
                                            Cooper Klaasmeyer, Esq.
                                            Fed. I.D. No. 14272
                                            4401 Belle Oaks Drive, 3rd Floor
                                            North Charleston, SC 29405
                                            (843) 973-5438
                                            **ATTORNEYS FOR PLAINTIFF**

June 13, 2025
North Charleston, South Carolina