## Cooper Klaasmeyer x35049

| | |
|---|---|
| **From:** | Cooper Klaasmeyer x35049 |
| **Sent:** | Thursday, June 12, 2025 10:50 PM |
| **To:** | Aaron J. Hayes |
| **Cc:** | Mark S. Barrow; Elizabeth T. Hudgens; Emily N. Jackson; BiggartLitigation |
| **Subject:** | Re: Ivory Young v. Bar M Ventures, LLC  et al |
| | |
| **Categories:** | Litify |

Aaron,

Sure thing, I will reach out and get the Rubin Order tomorrow morning.

Thank you,

## Cooper Klaasmeyer
**Attorney**

**T:** (843) 973-5438
**F:** (854) 429-6281
4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Aaron J. Hayes <AJH@swblaw.com>
**Sent:** Thursday, June 12, 2025 6:47:22 PM
**To:** Cooper Klaasmeyer x35049 <cooper.klaasmeyer@forthepeople.com>
**Cc:** Mark S. Barrow <MSB@swblaw.com>; Elizabeth T. Hudgens <eth@swblaw.com>; Emily N. Jackson <enj@swblaw.com>; BiggartLitigation <BiggartLitigation@ForThePeople.com>
**Subject:** Re: Ivory Young v. Bar M Ventures, LLC et al

Thanks Cooper. Will send closing docs on Monday when I'm back in. Would you be able to email the Court tomorrow so we can get a Rubin order? I think that's the best course since we have motions pending.

Aaron J. Hayes
Sweeny, Wingate & Barrow, PA
mobile: (803) 517-4338