IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| **Ivory Young,** | Case No.: 2:24-cv-06325-DCN |
|         **Plaintiff,** | |
| v. | **STIPULATION OF DISMISSAL** |
| **John W. Hendricks Jr. and Bar M. Ventures, LLC,** | **(with prejudice)** |
|         **Defendants.** | |

The above-referenced matter having been resolved by the parties, the undersigned, as attorneys for the parties hereto, hereby stipulate that the above-captioned Complaint(s) be dismissed with prejudice and forever ended. This stipulation is entered pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and each party shall bear its own fees and costs.

AND WE SO STIPULATE:

s/ Cooper Klaasmeyer
James G. Biggart, II, Fed. I.D. No. 14195
Cooper Klaasmeyer, Fed. I.D. No. 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
**Attorneys for Plaintiff**


s/ Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No. 1220
Aaron J. Hayes, Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
**Attorneys for Defendants**

2

North Charleston, South Carolina

Columbia, South Carolina

June 24, 2025